# Order

Michigan Supreme Court
Lansing, Michigan

May 25, 2010

139911

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MERIDIAN CHARTER TOWNSHIP,
      Plaintiff-Appellant,

and

PHILLIP M. STEVENS,
      Intervening Plaintiff-Appellant,

v

INGHAM COUNTY CLERK,
      Defendant-Appellee,

and

WHITE FAMILY PROPERTIES, LLC and
CITY OF EAST LANSING,
      Intervening Defendants-Appellees.

SC: 139911
COA: 279459
Ingham CC: 06-001166-CZ

_____/

On order of the Court, the application for leave to appeal the September 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

Clerk

s0517